IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEO OLGUIN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MCCOLLOUGH, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-cv-1897 CSK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　On June 19, 2025, Defendants A. McCullough, M. Saradeth, and A. Anzar applied for an order extending their responsive pleading deadline from June 23, 2025, by twenty-one (21) days, up to and including July 14, 2025.  IT IS HEREBY ORDERED that:

　　　　1. Defendants' motion for extension of time (ECF No. 21) is granted; and

　　　　2. Defendants shall file a response to plaintiff's complaint on or before July 14, 2025. Defendants are cautioned that requests for extensions should be filed well in advance of the deadline and no further extensions for defendants' responsive pleading will be granted.

Dated:  June 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/1/olgu1897.eot